UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| 1199SEIU UNITED HEALTHCARE WORKERS EAST,<br><br>        Plaintiff<br><br>RADIUS HOSPITAL MANAGEMENT II, INC., d/b/a RADIUS SPECIALTY HOSPITAL<br><br>        Defendant. | Civil Action No. 1:14-cv-13713-FDS |

**PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL**

Counsel for the Defendant has moved to withdraw from this case.  No reasons are provided for the withdrawal, aside from a conclusory statement from an "authorized agent" of the Defendant that he has instructed counsel to withdraw.  There is no indication that current counsel will be replaced by any other counsel.  However, under Local Rule 83.5.5: "A corporation, partnership, limited liability company, trust, estate, or other entity that is not an individual may not appear pro se."  Defendant Radius Hospital Management II, Inc. is a corporation.  Even if Defendant is correct that the proper Defendant is Radius Specialty Hospital, LLC, it is still, as a limited liability company, covered by this rule.  Accordingly, Defendant may not appear without counsel.  If Defendant is not represented by counsel, Plaintiff will not be able to litigate the case.  Accordingly, Plaintiff will be prejudiced by the grant of Defendant's motion.  Thus, Plaintiff requests that the Court deny the motion.

        Respectfully submitted,

        1199SEIU UNITED HEALTHCARE WORKERS EAST,

        By its attorneys,

        /s/*Ian Russell*_____
        David B. Rome, BBO #426400
        Ian O. Russell, BBO #673387
        Pyle Rome Ehrenberg PC
        2 Liberty Square, 10th Floor
        Boston, MA 02109
        (617) 367-7200
        drome@pylerome.com
        irussell@pylerome.com

Dated: July 27, 2015

## CERTIFICATE OF SERVICE

    I hereby certify that on July 27, 2015 this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ *Ian O. Russell*_____
        Ian O. Russell